No. 688. GREEN *v.* CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RY. CO. *Ante,* p. 715. March 18, 1935. Petition for rehearing denied.

No. 460. LYDERS *v.* PETERSEN ET AL. See *ante,* p. 716. April 1, 1935. The petition for rehearing in this case is denied. The Court finds that respondents caused unnecessary parts of the record to be printed, amounting, in all, to 125 pages. The cost of such printing, assessed by the Clerk at $256.40, will be charged to respondents. Rule 13, par. 9.

No. 255. ALTOONA PUBLIX THEATRES, INC. *v.* AMERICAN TRI-ERGON CORP. ET AL.; and
No. 256. WILMER & VINCENT CORP. ET AL. *v.* SAME. See *ante,* pp. 464, 477. April 1, 1935. Petition for rehearing denied.

No. 342. MILLER *v.* UNITED STATES. See *ante,* p. 435. April 1, 1935. Petition for rehearing denied.

No. 424. HILDEGARD SCHOENAMSGRUBER *v.* HAMBURG AMERICAN LINE; and
No. 425. GUSTAV SCHOENAMSGRUBER *v.* SAME. See *ante,* p. 454. April 1, 1935. Petition for rehearing denied.

No. 557. VULCAN MANUFACTURING CO. *v.* MAYTAG CO. On writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. January 21, 1935. Dismissed with